SADIE GOLDMAN, Appellant, *v.* ANNA SONTAG et al., Respondents.

Submitted May 19, 1941; decided May 29, 1941.

Motion for reargument of motion to dismiss appeal denied. (See 285 N. Y. 745.)